# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| DAVID TATE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BLANTON,<br><br>　　　　Defendant. | Civil Action 7:09-CV-142 (HL) |

## ORDER

On June 30, 2011, the Court received a letter from Plaintiff (Doc. 44). Upon review, it appears that Plaintiff is requesting that his case, which is currently scheduled for a pretrial conference on July 7 and trial on July 25, be continued. To the extent the letter is a motion to continue the case, the motion is denied. If Plaintiff wishes to dismiss his case, he is free to do so, but the case will move forward as scheduled.

**SO ORDERED**, this the 30th day of June, 2011.

　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh