# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DAVID TATE,**

    Plaintiff,

v.    Civil Action 7:09-CV-142 (HL)

**FRANK BLANTON,**

    Defendant.

## ORDER

The United States Court of Appeals for the Eleventh Circuit has remanded this case for the purpose of determining when Plaintiff delivered his *pro se* notice of appeal to prison officials for forwarding to the district court. The notice of appeal was docketed on October 11, 2011 (Doc. 62). Counsel for Defendant is directed to contact prison officials at Georgia State Prison and provide the Court with the mail log, or other relevant evidence, showing when Plaintiff delivered his notice of appeal to prison officials for filing. This information is to be provided to the Court on or before December 21, 2011.

**SO ORDERED**, this the 5th day of December, 2011.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh